IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EARLANDO SAMUEL, pro se,
plaintiff,

Civil Action No.: 20 – 337 - CFC

v..

NEW CASTLE COUNTY
HOUSING AUTHORITY, et al :
Defendant(s) :

## NOTICE OF WITHDRAWAL OF PLAINTIFF EARLANDO SAMUEL'S PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

On May 27th, 2021, Plaintiff Earlando Samuel, pro se filed his Plaintiffs Motion For Leave To File First Amended Complaint. Samuel now files this **Notice to inform the Court** that he is withdrawing his previously filed Plaintiffs' Motion For Leave To File First Amended Complaint.

Respectfully Submitted,

_(signature)_
_____
Earlando Samuel, pro se
207 Parker Place
Glen Mills, PA., 19342
610 241 7537
easee2@gmail.com

Dated: February 1st, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EARLANDO SAMUEL,

        Plaintiff,

                              CIVIL ACTION NO. 20-337-CFC

v.

NEW CASTLE COUNTY
HOUSING AUTHORITY,
et al,

        Defendants

## CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing **Notice Of Withdrawal Of Plaintif Earlando Samuel's Plaintiffs' Motion For Leave To File First Amended Complaint** was on the date set forth below was served on Defendant Fairville Management Company, LLC attorney **Krista M. Reale** of Margolis Edelstein, 300 Delaware Avenue, Suite 800, Wilmington, DE 19806 and defendants Naomi Scott and Greenlawn Group, LLC, **William R Adams, Attorney**, of Dickieby, McCamey & Chilcote at 222 Delaware Avenue, Suite 1040, Willmington, DE 19801 and **Mary A Jacobsen, Attorney** for The New Castle County Housing Authority, et al, New Castle County Government center, 87 Reads Way, New Castle, DE 19720 by First Class Mail

Dated: February 1st, 2022.

*/s/ Earlando Samuel*
Earlando Samuel, pro se
207 Parker Place
Glen Mills, PA 19342
610 241 7537
easee2@gmail.com