IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARLANDO SAMUEL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 20-337-CFC |
| ROBERT RIZZO, et al., | : |
| Defendants. | : |

**ORDER**

At Wilmington this 7th day of March, 2022 for the reasons set forth in the Memorandum issued this date,

IT IS HEREBY ORDERED that:

1. The March 26, 2021 motion to amend is DENIED.  (D.I. 19)

2, The May 27, 2021 motion to amend is DENIED as withdrawn.  (D.I. 31)

3. Plaintiff's second request for counsel is DENIED without prejudice to renew (D.I. 33)

4. The motion to withdraw the May 27, 2021 motion to amend is GRANTED. (D.I. 34)

_____
Chief Judge