IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARLANDO SAMUEL, | : |
| Plaintiff, | : |
| v. | : Civ. No. 20-337-GBW |
| ROBERT RIZZO, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this 27th day of March, 2023, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The NCCHA Defendants' motion to dismiss (D.I. 40) is **GRANTED**.

2. The Greenlawn Defendants' motion for judgment on the pleadings (D.I. 46) is **GRANTED**.

3. Fairville Management Company's motion for judgment on the pleadings (D.I. 49) is **GRANTED**.

4. Plaintiff's motion for extension (D.I. 42) is **DENIED** as moot.

5. Plaintiff's motion for judgment on the pleadings (D.I. 43) is **DENIED**.

6. The NCCHA Defendants' motion to strike Plaintiff's motion for judgment on the pleadings (D.I. 47) is **DENIED** as moot.

7. The Clerk of Court is directed to **CLOSE** this case.

_____
UNITED STATES DISTRICT JUDGE